134 A.3d 447

Trust Under Agreement of Edward Winslow TAYLOR.

Petition of Elise W. Carr, Edward W. Carr, Ian N. Carr, Richard R. Carr, Caroline T. Carr, W. Sewell Wallace, Suzanne T. Wallace, Jennifer A. Wallace–Collins, Evan S. Wallace, Christopher G. Wallace, Samuel H. Wallace, Hope T. Wallace & Anthony T. Wallace.

Supreme Court of Pennsylvania.

April 12, 2016.

218

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of April, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue presented by petitioner and rephrased for clarity is whether the Superior Court erred in holding that trust beneficiaries may circumvent the requirements for removal of a trustee in Section 7766 of the Trust Act, 20 Pa.C.S.A. § 7766, by amending the trust under 20 Pa.C.S.A. § 7740.1.